UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gomes Davieson,

              Petitioner

v.

Pamela Bondi, et al.,[1]

              Respondents

Case No. 2:26-cv-00781-CDS-EJY

**Order Granting Petitioner's Motion to Seal and Motion to Withdraw as Counsel**

[ECF No. 6, 7]

The Federal Public Defender moves, under seal, to withdraw as counsel of record for petitioner Gomes Davieson. ECF No. 7. It also requests that the motion to withdraw remain sealed because it contains information related to the petitioner's representation. ECF No. 6. Having reviewed the motion to withdraw and the reasons stated therein, I find that withdrawal is appropriate. I further find that the respondents will not be prejudiced and that withdrawal will not cause unreasonable delay. Although compelling reasons to maintain the seal are not present, there is good cause to do so. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("A 'good cause' showing . . . will suffice to keep sealed records attached to non-dispositive motions.").

### Conclusion

It is hereby ordered that the petitioner's motion to seal **[ECF No. 6]** and motion to withdraw as counsel of record **[ECF No. 7]** are GRANTED.

This matter is referred to the CJA Coordinator for the appointment of counsel. After appointed counsel files a notice of appearance in this matter, it will then have 14 days to file either

---

[1] Because Pamela Bondi is no longer the U.S. Attorney General, the Clerk of Court is directed to substitute Todd Blanche, Acting Attorney General, in her place as the named defendant going forward.

(1) an amended petition or (2) a motion to dismiss the petition. Counsel must effectuate service of the amended petition, if one is filed, on the respondents.

The Clerk of Court is kindly instructed to maintain the seal on ECF No. 7 and to substitute Pamela Bondi with Todd Blanche.

Dated: April 10, 2026

_____
Cristina D. Silva
United States District Judge

2