TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Tamer.Botros@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GOMES DAVIESON,<br>Petitioner<br>v.<br>JOHN MATTOS, *et al.*,<br>Respondents | Case No. 2:26-cv-00781-CDS-EJY<br>**Order Approving Joint Stipulation to Extend Federal Respondents' Deadline to File a Response to Petitioner's Amended Petition (ECF No. 15)**<br>**(FIRST REQUEST)**<br>[ECF No. 19] |

Federal Respondents and Petitioner, by and through their respective undersigned counsel, hereby submit this Stipulation for a one-week extension of time up to and including August 6, 2026, for Federal Respondents to file a response to Petitioner's Amended Petition pursuant to Court Order (ECF No. 15). Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file a response to Petitioner's Amended

/ / /

/ / /

/ / /

Petition from July 30, 2026, to August 6, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 30th day of July 2026.

JFJT LAW

/s/ Jacqueline M. Tirinnanzi
JACQUELINE M. TIRINNANZI
*Attorney for Petitioner Davicson Gomes*

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Tamer B. Botros
TAMER B. BOTROS
Assistant United States Attorney
*Attorneys for Federal Respondents*

IT IS SO ORDERED:

United States District Judge
Dated: July 31, 2026

The parties are reminded that a stipulation must contain an "order" in the form of a signature block. *See* LR IA 6-2.