UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Davicson Gomes,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-00781-CDS-EJY<br>**Order Granting Amended Petition for Writ of Habeas Corpus and Discharging Show Cause Order**<br>[ECF Nos. 11, 15] |

Petitioner Davicson Gomes is a citizen of Guinea-Bissau who is currently in the custody of the United States Immigration and Customs Enforcement (ICE).[1] He filed an amended petition for a writ of habeas corpus requesting his release or alternatively an individualized bond hearing. ECF No. 15. The federal respondents' response consists of nothing beyond a non-opposition to Gomes receiving a bond hearing in light of the Ninth Circuit's recent decision in *Rodriguez Vazquez v. Bostock*, 183 F.4th 1160 (9th Cir. 2026), ECF No. 21 at 1, and respondent John Mattos takes "no position on the habeas or bond relief sought," ECF No. 17 at 1. The federal respondents did not address Gomes's claims on the merits nor argue why he should not be released. I have "equitable discretion" "as law and justice require" for remedying unlawful detention in habeas petitions. *Brown v. Davenport*, 596 U.S. 118, 128, 134 (2022) (quotation omitted). Indeed, release is the appropriate remedy because Gomes has a strong liberty interest to be free from arbitrary detention, and the government has not opposed his petition. *See Foucha v. Louisiana*, 504 U.S. 71, 80 (1992). So I grant Gomes's amended petition as unopposed and I order his immediate release.

Further, on June 15, 2026, I issued an order to show cause against Gomes's prior appointed counsel for failing to file a notice of appearance, a status report, or otherwise respond to court orders. *See* OTSC, ECF No. 11. Prior counsel timely responded to the show cause order.

[1] I refer herein to all named respondents collectively as "the respondents."

Resp., ECF No. 14. Therein, he explained that he missed the court's deadlines because he was facing calendaring and other technology-related issues during the relevant time-period. *Id.* at 2. He further expressed regret for the error and recognized the seriousness of the situation. I find counsel's error was neither intentional nor purposeful. Accordingly, the show cause order is hereby discharged.

## Conclusion

IT IS THEREFORE ORDERED that petitioner Davicson Gomes's amended petition for a writ of habeas corpus **[ECF No. 15] is GRANTED**.

IT IS FURTHER ORDERED that the respondents must release petitioner Davicson Gomes from the custody of the Nevada Southern Detention Center by Sunday, October 4, 2026, no later than 1:00 p.m. The respondents must transport Gomes to 501 Las Vegas Blvd. South, Las Vegas, Nevada that same day. The respondents must advise Gomes's counsel of the estimated time of release for coordination purposes.

IT IS FURTHER ORDERED that that the respondents return all of Gomes's personal property to him upon his release.

IT IS FURTHER ORDERED that the federal respondents must file a notice of compliance with this order detailing the date, time, and location of his release no later than Tuesday, October 6, 2026, at 5:00 p.m.

IT IS FURTHER ORDERED that the respondents may not re-detain Gomes during the pendency of his current removal proceedings without a pre-deprivation, individualized hearing to determine whether detention is appropriate.

IT IS FURTHER ORDERED that if Gomes is going to be re-detained, the federal respondents must give him adequate notice of the detention hearing.

Dated: October 2, 2026

_______________________________
Cristina D. Silva
United States District Judge